*United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: `08CV4344`          Assigned/Issued By: `AEE`

Judge Name:                       Designated Magistrate Judge: `ASHMAN`

---

**FEE INFORMATION**

*Amount Due:*   ☐ $350.00     ☐ $39.00     ☐ $5.00

☐ IFP         ☐ No Fee      ☐ Other _____

☐ $455.00

Number of Service Copies _____     Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____          Receipt #: _____

Date Payment Rec'd: _____     Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons                                    ☐ Alias Summons

☐ Third Party Summons                        ☐ Lis Pendens

☐ Non Wage Garnishment Summons               ☐ Abstract of Judgment
                                             _____
☐ Wage-Deduction Garnishment Summons         _____
                                             *(Victim, Against and $ Amount)*
☐ Citation to Discover Assets
                                             ☐ Other
☐ Writ _____                 _____
       *(Type of Writ)*                      _____
                                             *(Type of issuance)*

_____Original and _____ copies on _____ as to _____
                                    (Date)

_____

_____